# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WANDA DAVIS, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:22-00384-N |
| | ) |
| KILOLO KIJAKAZI, *Acting* | ) |
| *Commissioner of Social Security*, | ) |
|     Defendant. | ) |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Commissioner of Social Security and against Plaintiff Wanda Davis, in accordance with the Memorandum Opinion and Order entered on this date affirming the Commissioner's final decision denying Davis's application for Social Security benefits.

**DONE** this the **19th** day of **October 2023**.

        */s/ Katherine P. Nelson*
        **KATHERINE P. NELSON**
        **UNITED STATES MAGISTRATE JUDGE**